UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAAK ABRAMYAN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 5:24-cv-01887-AB-SP<br><br>*Assigned to the Honorable Judge André Birotte Jr. in Courtroom 7B*<br><br>**[PROPOSED]** **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 20, 2024<br>Trial: January 12, 2026 |

　　　Pursuant the parties' Joint Stipulation for Dismissal under Federal Rule of Civil Procedure 41(a)(1), this action is **dismissed with prejudice**.

　　　The District Court retains jurisdiction to enforce the terms of the Settlement Agreement.

　　　**SO ORDERED.**

Dated: August 20, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

- 1 -